United States Bankruptcy Court
Southern District of Ohio
**Western Division**



FILED

2022 JUL 22 PM 2: 36

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
CINCINNATI, OHIO

In re: **Lawrence Lee Adams**   Case No.

Chapter **13**

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **July 20, 2022**

_____
Signature of Debtor

_____
Signature of Joint Debtor

AT&T
PO Box 10330
Fort Wayne, IN 46851-0330


Cincinnati Capital Holdings, LLC
5887 Cornell Road
Suite #1
Cincinnati, OH 45242


Credit Acceptance Corp.
P.O. Box 513
Southfield, MI 48037


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Duke Energy
Box 1326
Charlotte, NC 28201


IC System Inc.
PO Box 64378
Saint Paul, MN 55164


Mariner Finance - Mason Branch
9128 Union Cemetery Road
Suite 'O'
Cincinnati, OH 45249


NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


One Main Financial
11260 Chester Road
Suite #160
Cincinnati, OH 45246

Opportunity Financial, LLC
130 E. Randolph Street
Suite #3400
Chicago, IL 60601


Portfolio Recovery Associates
120 Corporate Blvd.
Suite #100
Norfolk, VA 32502


Professional CR Analysts
P.O. Box 3333
Mankato, MN 56002


Republic Bank & Trust
P.O. Box 950119
Attn: Lock Box
Louisville, KY 40295


SYNCB-Care Credit
P.O. Box 965036
Orlando, FL 32896


TBOM-Milestone
P.O. Box 4499
Beaverton, OR 97076


The Progressive Corporation
6300 Wilson Mills Rd.
Mayfield Village, Ohio 44143


Warren County Treasurer
406 Justice Drive
Lebanon, OH 45036


Web Bank-Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

zZounds Music, LLC
8 Thornton Road
Oakland, NJ 07436